**Jon M. Egan**, OSB 002467  Hon. Janice M. Stewart
Jegan@eganlegalteam.com
**Jon M. Egan, PC**
240 Sixth Street
Lake Oswego, OR 97034-2931
Telephone: (503) 697-3427
Fax: (866) 311-5629
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KARA KERPAN**, | CASE NO. 3:08-CV-0811-ST |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL |
| **BISCUITS CAFE, INC.**, an Oregon corporation; **SHANNON PRESTON**, an individual, d/b/a Biscuits Cafe and Biscuits Cafe Beaverton; **LORI PRESTON**, an individual, d/b/a Biscuits Cafe and Biscuits Cafe Beaverton; **EDDIE D. PRESTON**, an individual, d/b/a Biscuits; and **BARBARA PRESTON**, an individual, d/b/a Biscuits, | |
| Defendants. | |

Plaintiff hereby gives notice that this case has been settled as to all Defendants, and that a Judgment of Dismissal should be entered, after which Plaintiff will

**Notice of Dismissal**  Page 1

file a cost bill and a motion for attorney fees and related nontaxable expenses.

DATED this 9th day of February, 2009

                                        JON M. EGAN, P.C.

                                        */s/ Jon M. Egan*

                                        JON M. EGAN
                                        OSB # 002467
                                        (503) 697-3427
                                        Attorney for Plaintiff