IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KARA KERPAN, | 08-CV-811-ST |
| Plaintiff, | ORDER |
| v. | |
| BISCUITS CAFE, INC., an Oregon corporation; SHANNON PRESTON, an individual d/b/a Biscuits Café and Biscuits Café Beaverton; LORI PRESTON, an individual d/b/a Biscuits Café and Biscuits Café Beaverton; EDDIE D. PRESTON, an individual d/b/a Biscuits; and BARBARA PRESTON, an individual d/b/a Biscuits, | |
| Defendants. | |

BROWN, Judge.

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#23) on April 28, 2009, in which she recommends this Court grant Plaintiff's Motion for Attorney Fees (#11) and award fees in the amount of $8,721.74. The matter is now before

1 - ORDER

this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#23). Accordingly, the Court **GRANTS** Plaintiff's Motion for Attorney Fees (#11) and awards fees to Plaintiff in the amount of **$8,721.74**.

IT IS SO ORDERED.

DATED this 23rd day of June, 2009.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER