IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KARA KERPAN,

    Plaintiff,

v.

BISCUITS CAFE, INC., an Oregon corporation; SHANNON PRESTON, an individual, d/b/a Biscuits Cafe and Biscuits Cafe Beaverton; LORI PRESTON, an individual, d/b/a/ Biscuits Care and Biscuits Cafe Beaverton; EDDIE D. PRESTON, an individual, d/b/a/ Biscuits; and BARBARA PRESTON, an individual, dba Biscuits,

    Defendant.

Civil No. 08-811 ST

AMENDED SUPPLEMENTAL JUDGMENT

Based on the record and the Orders granting Plaintiff's motion for attorney fees and costs,

IT IS ORDERED that Plaintiff shall recover from defendants, attorney fees in the amount of $8,721.74, and costs in the amount of $460.00.

Dated this 17th day of August, 2009, Nunc Pro Tunc to July 1, 2009.

    /s/ Anna J. Brown
    ANNA J. BROWN
    United States District Judge

Page 1 - SUPPLEMENTAL JUDGMENT